AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Jonathan Daniel Pollock, (DOB: XXXXXX) | ) |
| Joseph Daniel Hutchinson III, (DOB: XXXXXXXXX) | ) |
| Joshua Christopher Doolin, (DOB: XXXXXXXX) | ) |
| Michael Perkins, (DOB: XXXXXXXXX) | ) |
| Olivia Michele Pollock, (DOB: XXXXXXXX) | ) |
| *Defendant(s)* | ) |

Case: 1:21-mj-00499
Assigned To : Harvey, G. Michael
Assign. Date : 6/25/2021
Description: Complaint w/ Arrest Warrant

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 111(a)(1) and (b), and 2 (Assaulting, Resisting, or Impeding Certain Officers or Employees; Aiding and Abetting), | |
| 18 U.S.C. § 641 (Theft of Government Property), | |
| 18 U.S.C. § 1752(a)(1), (2), (4) -Restricted Building or Grounds Without Lawful Authority, | |
| 40 U.S.C. § 5104(e)(2) (E), (F)- Violent Entry and Disorderly Conduct on Capitol Grounds. | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Timothy D. Taylor, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __06/25/2021__

*Judge's signature*

City and state: __Washington, D.C.__    G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*