AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-mj-00499 |
| Joseph Daniel Hutchinson III | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 6/25/2021 |
|  | ) Description: Complaint w/ Arrest Warrant |
| Defendant | ) |

Fid 11297507

## ARREST WARRANT

USMS 52978-509

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Joseph Daniel Hutchinson III,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 111(a)(1) and 2 (Assaulting, Resisting, or Impeding Certain Officers or Employees; Aiding and Abetting);
18 U.S.C. § 1752(a)(1), (2), and (4) (Restricted Building or Grounds); and
40 U.S.C. § 5104(e)(2)(F) (Violent Entry and Disorderly Conduct)

Date:   06/25/2021

*Issuing officer's signature*

Digitally signed by G. Michael Harvey
Date: 2021.06.25 14:02:56 -04'00'

City and state:   Washington, D.C.      G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6/29/2021, and the person was arrested on *(date)* 6/30/2021
at *(city and state)* Albany GA.

Date: 6/30/2021

*Arresting officer's signature*

Timothy Armentrot FBI SA
*Printed name and title*