IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH DANIEL HUTCHINSON III | Case No.: 1:21-cr-00447-CJN-2 |

### ORDER AUTHORIZING THE DEFENDANT TO TRAVEL OUT OF DISTRICT

WHEREAS the defendant has filed a motion requesting that he be allowed to travel outside of the district in order to spend the Thanksgiving holiday with family, and

WHEREAS, a travel plan has been proposed that is consistent with the conditions of pretrial release, and

WHEREAS it otherwise appears just and right to do so,

IT IS HEREBY ORDERED that the defendant, Joseph Daniel Hutchinson III, be allowed to travel out of district under the following conditions:

- Mr. Hutchinson must travel by driving his vehicle from Albany, GA to Lakeland, FL and back.

- Mr. Hutchinson must stay at the home of his adopted brother, located at 5001 Lewellyn Rd, Lot 1, Lakeland, FL 33810.

- Mr. Hutchinson must be confined to the residence at 5001 Lewellyn Rd. in Lakeland throughout his stay there, consistent with the terms of the Home Detention condition of his pretrial release.

- Mr. Hutchinson must comply with US Probation's GPS location monitoring program throughout the trip, to include taking the GPS "beacon" device from his home in Albany, GA, ensuring its accurate placement in the residence at 5001 Lewellyn Rd in Lakeland, as well as reversing the process when he returns home the following day.

- Mr. Hutchinson must remain in compliance with all other conditions of pretrial release at outlined in this court's order of July 8, 2021. (DCD-Doc.21)

SO ORDERED, this _____ day of November, 2021.


_____
Hon. Carl. J. Nichols
United States District Court Judge
United States District Court of the District of Columbia