UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JONATHAN DANIEL POLLOCK, et al.,<br><br>*Defendants.* | Criminal Action No. 1:21-cr-00447 (CJN) |

### ORDER

Consistent with the Court's oral ruling on June 21, 2022, it is hereby **ORDERED** that

The government's Motion to Modify Conditions of Release, ECF No. 100, is **GRANTED IN PART** and **DENIED IN PART**. The defendants may not have any communications with Defendant Jonathan Daniel Pollock. But besides that limitation, all defendants may communicate with one another. In light of this ruling, it is further **ORDERED** that

Defendant Joseph Daniel Hutchinson III's Motion to Modify Conditions of Release, ECF No. 114, is **GRANTED**. The Court notes that the government does not oppose Hutchinson's travel. Hutchinson may travel consistent with the plans approved by the Probation Office. And he may have contact with his codefendants, with the exception of Defendant Jonathan Daniel Pollock, consistent with this Court's Order.

It is **SO ORDERED**.

DATE: June 21, 2022

*[signature]*
CARL J. NICHOLS
United States District Judge