EXHIBIT 2



# CERTIFICATE OF COMPLETION

Driver's License Number:
Course Completion Date: July 25, 2022

Name: JOSEPH D HUTCHINSON
Address: 1192 EAST BROAD AVE
Address: ALBANY, GA 31705
City, State, Zip:

SafetyServe.com

Control No. FP7/28/22

Security Control No. 100922

Training Center: NATIONAL SAFETY COUNCIL
Instructor Name: N/A
Instructor Number: N/A

# NSC
# Defensive Driving Course
## Online

This certifies that the person named above has successfully completed the National Safety Council Defensive Driving Course Online.

**THIS DOCUMENT IS VOID IF REPRODUCED**

538135 © 2020 National Safety Council

---

### Understand the risks of distracted driving

- Talking on your cell phone, reading e-mail, putting on makeup or sending text messages are all examples of high-risk distracted driving

- People who use cell phones while driving are 4 times as likely to be in a crash

- More than 30 scientific studies agree that hands-free cell phones are not any safer to use when driving

33712-0000

30M03092021 69002 ©National Safety Council

---

Control No. FP7/28/22

JOSEPH D HUTCHINSON

has completed the
NSC Defensive Driving Course Online

Driver's License Number:
Course Completion Date: July 25, 2022



**NATIONAL SAFETY COUNCIL**
Issuing Organization

Security Control No. 100922

Keep this card for your records. Void if reproduced.

