IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | No. 21-CR-447 (CJN) |
| : | |
| **JOSEPH DANIEL HUTCHINSON, III,** : | |
| **JOSHUA CHRISTOPHER DOOLIN,** : | |
| **MICHAEL STEVEN PERKINS, and** : | |
| **OLIVIA MICHELE POLLOCK,** : | |
| : | |
| Defendants. : | |

## NOTICE OF FILING OF JOINT PROPOSED SCHEDULING ORDER

The United States of America, by and through its undersigned counsel, hereby submits the attached Joint Proposed Scheduling Order on behalf of itself and defendants Joseph Daniel Hutchinson, III, Joshua Christopher Doolin, Michael Steven Perkins, and Olivia Michele Pollock.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

 /s/ Benet J. Kearney
Benet J. Kearney / Matthew Moeder
NY Bar No. 4774048 / MO Bar No. 64036
Assistant United States Attorneys
601 D Street, N.W.
Washington, D.C. 20530
(212) 637 2260 / (816) 426-4103
Benet.Kearney@usdoj.gov
Matthew.Moeder@usdoj.gov

1

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing will be served electronically to counsel for defendant, via the Court's Electronic Case Filing System.

                                                    */s/ Benet J. Kearney*
                                                    BENET J. KEARNEY
                                                    Assistant United States Attorney

Date: September 2, 2022