UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** :  : | |
| v.  : | No. 21-CR-447 (CJN) |
| : | |
| **JOSEPH DANIEL HUTCHINSON, III,** : <br> **JOSHUA CHRISTOPHER DOOLIN,** : <br> **MICHAEL STEVEN PERKINS, and** : <br> **OLIVIA MICHELE POLLOCK,** : <br>  : <br> **Defendants.** : | |

## SCHEDULING ORDER

Trial is set to commence in this matter on **March 6, 2023,** at 9:00 a.m. Jury selection will take place on **March 6, 2023,** at 9:00 a.m. Jury selection and the trial will be conducted in accordance with the Continuity of Operations Plan for COVID-19 in effect at the time, and in a Courtroom to be set by further order of the Court. The following deadlines shall govern pre-trial proceedings:

1. The Parties shall file any motions to dismiss the indictment and motions to suppress evidence by **December 23, 2022**. Oppositions to such motions shall be filed by **January 6, 2023**. Any reply shall be filed by **January 13, 2023.**

2. The United States should endeavor to notify the Defendant of its intention to introduce any Rule 404(b) evidence on or before **January 9, 2023.** The deadline for the United States to provide such notice shall be **February 6, 2023.**

3. The Parties shall file any additional pre-trial motions (including motions *in limine*) on or before **January 13, 2023.** Oppositions to such motions shall be filed by **January 27, 2023.** Any reply shall be filed by **February 3, 2023.**

4. The United States should endeavor to make grand jury and Jenks Act disclosures as to each witness it expects to call in its case-in-chief on or before **February 13, 2023.** Any *Brady* material not already disclosed also must be disclosed by this date.

5. On or before **February 13, 2023,** counsel shall file a Joint Pretrial Statement that contains the following:

    a. <u>A neutral statement of the case</u>. The Parties shall include a neutral statement of the case for the Court to read to prospective jurors.

    b. <u>Proposed *voir dire* questions.</u> The parties should indicate the *voir dire* questions on which they agree, and the *voir dire* questions on which they disagree with specific objections and relevant legal authority noted below each disputed question.

    c. <u>Proposed jury instructions.</u> The parties shall submit a list of all standard jury instructions from the "Red Book" (Criminal Jury Instructions for D.C. (Barbara A. Bergman ed., May 2016 ed.)) that they wish to include in the final instructions. The Parties need not submit the full text of any standard jury instruction but should provide the full text of (1) any modified standard jury instruction, with the proposed modification(s) redlined, and (2) any non-standard jury instruction they wish to have the Court include. As to each non-standard jury instruction, the sponsoring party should cite legal authority for the proposed instruction, and the non-sponsoring party should state any objection to the instruction, including any proposed modifications.

    d. <u>List of witnesses.</u> The Parties shall identify the witnesses that each side anticipates it may call in its case-in-chief. Only upon leave of court and a

showing of good cause will a party be permitted to withhold a witness's identify.

 **e.** <u>Exhibit Lists.</u>  The Parties shall include an exhibit list that each side anticipates it may introduce in its case-in-chief.  The Parties need not list any exhibit that might be used for purposes of impeachment.  The Parties should confer with Courtroom Deputy Courtney Lesley about the format of the exhibit list.  The Parties should not provide a copy of the exhibits to the Court, but must exchange pre-marked exhibits.  The Parties must be prepared to raise objections to any proposed exhibit at the Pretrial Conference.  The objecting party shall bring three copies of any contested exhibit to the Pretrial Conference.

 **f.** <u>Stipulations.</u>  The Parties shall submit a draft of all stipulations.

 **g.** <u>Proposed Verdict Form.</u>  The Parties shall include a draft verdict form, including any special interrogatories.  The draft verdict for should include a date and signature line for the jury foreperson.

6. On **February 13, 2023,** the Parties shall transmit, in Word format, an electronic copy of all proposed *voir dire* questions, jury instructions, and verdict forms by email to the Courtroom Deputy Courtney Lesley at Courtney_Lesley@dcd.uscourts.gov.

7. The Court will schedule hearings on any motions filed by the Parties as necessary.

8. Counsel shall appear on **February 22, 2023,** at 10:00 a.m. for a Pretrial Conference in Courtroom 19.

September 2, 2022

                        _____
                        CARL J. NICHOLS
                        United States District Judge