IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO. 21 Cr. 447 (CJN) |
| JOSEPH DANIEL HUTCHINSON, III, | : |
| Defendant. | |

### GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE

The United States of America respectfully submits this filing, pursuant to the Court's November 17, 2022 minute order, to advise the Court that, provided that the defendant complies with the terms of his release, including the curfew provision imposed on October 13, 2022, and adheres to the parameters outlined on pages 4 and 5 of his motion (ECF No. 158), the United States does not object to his travel from Albany, Georgia to Lakeland, Florida for the Thanksgiving holiday.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

*/s/ Benet J. Kearney*
Benet J. Kearney
NY Bar No. 4774048
Assistant United States Attorney
1 Saint Andrew's Plaza
New York, New York 10007
(212) 637 2260
Benet.Kearney@usdoj.gov