UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

JOSEPH DANIEL HUTCHINSON,

*Defendant*.

Criminal Action No. 1:21-cr-0447-CJN-2

### ORDER MODIFYING CONDITIONS OF RELEASE

This matter is before the Court on Defendant's Motion, ECF No. 160.

It is hereby

**ORDERED** that Defendant Joseph Daniel Hutchinson's conditions of release are modified as follows:

1. Mr. Hutchinson is allowed to travel out of district for no more than 14 overnight stays per month for the sole purpose of working as a pilot driver;

2. No single trip can be longer than two consecutive overnight stays;

3. Mr. Hutchinson must remain on location monitoring but will not be subject to curfew or home detention. This will allow probation to continue to track his movements. Mr. Hutchinson may travel for work purposes to the states of GA, FL, AL, SC, NC, and TN, but he may not travel to DC except for scheduled Court appearances.

It is further **ORDERED** that Defendant Hutchinson's previous Motion, ECF No. 156, is DENIED as MOOT.

DATE: December 14, 2022

_____
CARL J. NICHOLS
United States District Judge

1