**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal Action No. 1:21-cr-0447-CJN-2 |
| JOSEPH DANIEL HUTCHINSON, | |
| *Defendant*. | |

## ORDER MODIFYING CONDITIONS OF RELEASE

This matter is before the Court on Government's Motion, ECF No. 179.

It is hereby

**ORDERED** that Defendant Joseph Daniel Hutchinson's conditions of release are

modified as follows:

1. Hutchinson is allowed to travel out of the Middle District of Georgia for no more than 14 overnight stays per month for the sole purpose of working as a pilot driver;

2. No single trip can be longer than two consecutive overnight stays;

3. Hutchinson must remain on location monitoring but will not be subject to curfew or home detention.  This will allow probation to continue to track his movements. Hutchinson may travel for work purposes to the states of GA, FL, AL, SC, NC, and TN, but he may not travel to DC except for scheduled Court appearances.

4. Hutchinson may NOT travel outside of the Middle District of Georgia for personal reasons without permission from the Court.  If Hutchinson would like to travel for personal reasons, he must file a motion to modify conditions of release to allow for travel that includes his departure date, return date, method of travel, the address he will be staying at temporarily, a promise to comply with his GPS location monitoring program, and the reason for travelling.  If and only if the Court grants the motion may Hutchinson travel for personal reasons.

DATE:  February 1, 2023

CARL J. NICHOLS
United States District Judge