AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Joseph Daniel Hutchinson, III | ) Case No.  CR 21-447-2 (CJN) |
|  | ) |
|  | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Joseph Daniel Hutchinson, III ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☒ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
See Attached

Date: 03/01/2023

Issuing officer's signature: Courtney Moore (Digitally signed by Courtney Moore, Date: 2023.03.01 09:39:33 -05'00')

City and state: Washington, DC

Printed name and title: Courtney Moore   Courtroom Deputy

---

**Return**

This warrant was received on *(date)* 01/04/2024, and the person was arrested on *(date)* 01/06/2024
at *(city and state)* GROVELAND, FL.

Date: 01/08/2024

Arresting officer's signature: [signature]

Printed name and title: SPECIAL AGENT MARK DENNIS