IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH DANIEL HUTCHINSON III | Case No.: 1:21-cr-00447-CJN-2 |

MOTION TO WITHDRAW AS STANDBY COUNSEL, AND

FOR LOCAL STANDBY COUNSEL TO BE APPOINTED BY THE COURT

COMES NOW, standby counsel for the Defendant, Joseph Daniel Hutchinson III and herein moves the court to allow him to withdraw as standby counsel and to appoint standby counsel who is geographically local to the District of Columbia. In support he shows as follows:

(1)

Mr. Hutchinson was arrested in the Middle District of Georgia on June 30, 2021, pursuant to a sealed complaint filed June 25, 2021. (MDGA Case 5:21-mj-00056 (*Hereinafter* "MDGA-Doc.", 2) He made his first appearance, and was released from custody under certain conditions. (MDGA-Doc.11) He was indicted July 1, 2021. (DCD Case 1:21-cr-00447 (Hereinafter "DCD-Doc.", 8). He made his first appearance in the charging district via video teleconference on July 8, 2021 and was arraigned. (DCD Case 1:21-cr-00447 (Hereinafter "DCD-Doc.", 07/08/2021 text docket entry) He was given an appearance bond and released on certain conditions of release. (DCD-Doc.21). Undersigned counsel was removed as lead counsel in Mr. Hutchinson's case on or about January 10, 2023, and moved to standby counsel on or about January 12, 2023. Undersigned counsel has remained as standby counsel to this point.

(2)

On June 28, 2024, undersigned counsel was present in a virtual meeting with Mr. Hutchinson and AUSA Ballou on behalf of the government. During that meeting, Mr. Hutchinson's ability to access discovery material, as well as updates on other events occurring in his case were discussed. Mr. Hutchinson requested that undersigned counsel withdraw as standby counsel and that the court appoint local standby counsel in order to provide greater assistance with those issues.

(3)

To that end, undersigned counsel files the instant Motion. Undersigned counsel herein respectfully requests that the court grant the motion, allow undersigned counsel to withdraw and appoint local counsel to act as standby counsel to Mr. Hutchinson.

Dated this 28th day of June 2024.

Respectfully submitted,

/s/**Timothy R. Saviello**
Timothy R. Saviello
Ga. Bar No. 627820

Federal Defenders of the
Middle District of Georgia, Inc.
440 Martin Luther King Jr. Blvd.
Suite 400
Macon, GA 31201
Tel: (478) 743-4747
Fax: (478) 207-3419
Email: tim_saviello@fd.org

**CERTIFICATE OF SERVICE**

      I, Timothy R. Saviello, hereby certify that I electronically filed the foregoing pleading with the clerk of Court using the CM/ECF system which will send notification of such to all counsel of record.

/s/**Timothy R. Saviello**
Timothy R. Saviello
Ga. Bar No. 627820

Federal Defenders of the
Middle District of Georgia, Inc.
440 Martin Luther King Jr. Blvd.
Suite 400
Macon, GA 31201
Tel: (478) 743-4747
Fax: (478) 207-3419
Email: tim_saviello@fd.org