UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CASE NO. 21-CR-447-2 (CJN) |
| : | |
| JOSEPH DANIEL HUTCHINSON, III, : | |
| : | |
| Defendant. : | |

### SUPPLEMENT TO OPPOSITION TO MOTION TO DISMISS

On August 29, 2024, Joseph Daniel Hutchinson III moved to dismiss the case against him, citing what he claims are obstacles to his ability to prepare for trial. ECF No. 348. On September 6, 2024, the government responded, outlining the resources available to Hutchinson. ECF No. 361. The government submits this supplement to apprise the Court of additional steps it has taken to facilitate Hutchinson's ability to prepare for trial.

At status conferences in this matter, Hutchinson complained that various materials that had been provided to him on flash drives by the government were slow to open and/or load. In order to efficiently produce discovery to counsel for Jonathan Pollock and Olivia Pollock and Hutchinson's standby counsel via USAFx, an online file-sharing platform, the government created and uploaded zip files of its productions, which it also provided to Hutchinson via flash drive. It does take some time to "unzip" these files and this may contribute to the slowness Hutchinson was experiencing.

1

On September 6, 2024, the government re-produced its prior discovery productions to Hutchinson in an "unzipped" format on a single hard drive.[1] This will hopefully shorten the time it takes for Hutchinson to open and review materials.

|  |  |
|---|---|
|  | Respectfully submitted,<br>MATTHEW M. GRAVES<br>United States Attorney<br>DC Bar No. 481052 |
| DATED: September 11, 2024    By: | /s/ Benet J. Kearney<br>Benet J. Kearney<br>NY Bar No.4774048<br>Anna Krasinski<br>NH Bar No. 276778<br>Assistant United States Attorneys<br><br>Brendan Ballou<br>Special Counsel<br>DC Bar No. 241592<br><br>United States Attorney's Office<br>601 D Street NW<br>Washington, DC 20530<br>(202) 431-8493 / (603) 451-7851/ (212) 637 2260<br>brendan.ballou-kelley@usdoj.gov<br>anna.krasinski@usdoj.gov<br>benet.kearney@usdoj.gov |

---

[1] While each production is unzipped, the productions still contain zip files when that is how the files were produced or stored, for example, when a telephone service provider produced records as a zip file.

**CERTIFICATION**

      I, Benet Kearney, certify that to serve the parties, their counsel, and standby counsel, that I am electronically filing this pleading with the Clerk of the Court using the CM/ECF system, and am separately mailing this filing to the defendant Joseph Daniel Hutchinson III.

      /s/ *Benet Kearney*
      Benet Kearney
      Assistant United States Attorney
      NY Bar No, 4774048