*Let this be filed*
*Carl J. Nichols*
*9/24/24*

## Brady motion

This is a formal request to have All exculpatory evidence turned over to me including but not limited to 9000 USCG 00 media tower, 0683 USCG 00 west front South, 0682 USCG 00 west front South in their entirety, any drone footage captured by the Government or Citizens, I would like the BWC footage of my Co defendents and I, all interviews of those in the crowd and those of Police if they did any after action/incident reports, all footage of Police brutality or misconduct that transpired that day, the identities of all informants, plain Clothed Officer, FBI, CIA that were in the Crowd, Their Communications, reports, Videos, and testimonies from that day and the 4th and 5th But not limited to those days. Concerning the FBI agent/informants it is Common knowledge that Rep. Clay Higgins has Identified Over 200 In the crowd and Some of them were in fact Bad actors. If you need help Sourcing the video It may help to Contact him. I would like to point Out the prosecution has a Obligation to provide me with all exculpatory evidence and I not it will be a Violation of Brady.