UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **Plaintiff,** : | |
| v. : | **CASE NO. : 21-CR-00447 (CJN)** |
| : | |
| **JOSEPH DANIEL HUTCHINSON, III,** : | |
| : | |
| **Defendant.** : | |

**MOTION TO BE RELEASES ON BOND**

As stated in the motion to vacate scheduling order, many events and statements have transpired in the last few months that have altered the status of my case. I am requesting bond on the grounds that my incarceration is unnecessary and wasteful (A) My charges after Trumps administration takes affect will dismiss my case. He has stated "his attorney general will end the law fare that is currently taking place." (B) My release will stop an unnecessary drain on the government of resources to house an individual at the DOC cost between 300-500 dollars a day over the course of the next 60 days this could alleviate the burden that is not necessary at this point. (C) this motion if accepted can also relieve the Court calendar and alleviate the U.S. Marshals/Jail of their responsibility of transferring to and from court proceedings. Now when it comes to the idea that I am a risk to public safety that has never been the case. (D) During my life I have never been in trouble other than the alleged accusations brought by the prosecution concerning the events on January 6th. (E) When picked up by the U.S. Marshals service I was nonviolent or combative which furthers my stance that I am not a risk to police or society. (F) while not incarcerated between the years of 2021-2024 I have not partaken in any illegal conduct or done anything unbecoming a gentleman. Public safety was not a concern then and is not one

now. The other point one may ask is whether I'm a flight risk (G) To which I would reply no one is going to flee from a trial that is never coming, I will await my pardon like any responsible person would. Now concerning conditions of my incarceration (I) The jail mail is slow. It took 40 days for the government's opposition to my speedy trial motion to make it to me. When you ruled on it, I wasn't even aware opposition had been filed which I would have surely responded to. The WI-FI here is poor, its plunged with outages which make review of global discovery and case almost impossible. (J) Lastly but not least this environment is not conducive to mental health. The whole jail is denied access to the outdoor which is essential for physical and mental health of the inmates. We are literally being denied our right to life in this Jail. Since August 16th over 3 months we have not stepped outside. All of these issues can be relieved by this simple motion for bond that would allow me access to my own resources and electric court filing. For all the reasons stated I am pleading with this Court for the right for bond, the right to effective self representation, and the right to life. There has to be some parameters that can be set to relieve me of incarceration to fix the problems stated.

Joseph Hutchinson