UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH HUTCHINSON<br><br>                    Defendant. | Crim. Action No. 21-cr-447 (CJN) |

**PRO SE MOTION TO JOIN MOTION TO DISMISS FILED BY CODEFENDANT POLLACK AND FOR IMMEDIATE RELEASE**

Undersigned Counsel files pro se defendant Mr. Hutchinson's motion to Join Co-Defendant Olivia Pollack's motion to dismiss his case with prejudice and to order his immediate release from custody. The government has represented that it has yet to decide whether to file a motion in his case despite the instructions of the President as they are seeking clarification as to whether the Executive Order covers related charges, i.e., charges for failure to appear. Mr. Hutchinson submits that they are covered and seeks an order of dismissal and immediate release for all of the reasons cited by his codefendant Olivia Pollack.

                                               Respectfully submitted,

                                               A. J. KRAMER
                                               FEDERAL PUBLIC DEFENDER

                                                   /s/
                                               _____
                                               MICHELLE M. PETERSON
                                               Stand by Counsel
                                               Chief Assistant Federal Public Defender
                                               625 Indiana Avenue, N.W., Suite 550
                                               Washington, D.C.  20004
                                               (202) 208-7500
                                               Shelli_Peterson@fd.org

Case 1:21-cr-00447-CJN    Document 408    Filed 01/22/25    Page 2 of 2